FILED

12/07/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0225

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0225

_____

PETER GRIGG,

      Petitioner and Appellant,

  v.                                        O R D E R

TIFFANEY GRIGG,

      Respondent and Appellee.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to Peter Grigg, to all counsel of record, and to the Honorable Heidi J. Ulbricht, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 7 2022